IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00947-RM-MJW

CENTURY SURETY COMPANY, an Ohio corporation,

Plaintiff,

v.

WILLIAM R. SMITH, an individual,
SCHNEIDER ENERGY SERVICES, INC. n/k/a LAVIR HOLDINGS, INC., a Colorado corporation,
LORENA GARCIA, for herself and as the Personal Representative of the Estate of Reyes Garcia, and
ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Modify the Scheduling Order (Docket No. 60) is GRANTED finding good cause shown.

The Scheduling Order (Docket No. 49) is AMENDED as follows:

- Affirmative experts reports shall be due on or before February 3, 2015.
- Rebuttal expert reports shall be due on or before March 10, 2015.
- The discovery cut-off is April 28, 2015, except that the Rule 30(b)(6) deposition of Plaintiff shall take place no later than December 5, 2014; any motions related to the Rule 30(b)(6) deposition of Plaintiff shall be filed on or before November 5, 2014, with responses due by November 19, 2014.
- Dispositive motions shall be filed on or before May 29, 2015.
- The final pretrial conference remains unchanged.

Date: October 22, 2014