IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00947-RM-MJW

CENTURY SURETY COMPANY, an Ohio corporation,

Plaintiff,

v.

WILLIAM R. SMITH, an individual,
SCHNEIDER ENERGY SERVICES, INC. n/k/a LAVIR HOLDINGS, INC., a Colorado corporation,
LORENA GARCIA, for herself and as the Personal Representative of the Estate of Reyes Garcia, and
ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Second Motion to Modify the Scheduling Order (Docket No. 69) is GRANTED, in light of good cause shown and the representations contained in Plaintiff's certification under Local Civil Rule 7.1.

The Scheduling Order (Docket No. 49) is AMENDED as follows:
- Affirmative experts reports shall be due on or before April 3, 2015.
- Rebuttal expert reports shall be due on or before May 8, 2015.
- The discovery cut-off is June 26, 2015.
- Dispositive motions shall be filed on or before July 24, 2015.

It is further ORDERED that the Final Pretrial Conference set for June 9, 2015, at 9:00 a.m. is VACATED and RE-SET for August 24, 2015, at 10:00 a.m. The proposed pretrial order is due no later than August 17, 2015.

Date: November 20, 2014