IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00947-RM-MJW

CENTURY SURETY COMPANY, an Ohio corporation,

Plaintiff,

v.

WILLIAM R. SMITH, an individual,
SCHNEIDER ENERGY SERVICES, INC. n/k/a LAVIR HOLDINGS, INC., a Colorado corporation,
LORENA GARCIA, for herself and as the Personal Representative of the Estate of Reyes Garcia, and
ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant William R. Smith's Unopposed Motion to Modify or Amend Scheduling Order to Extend Expert Disclosure Deadlines for All Parties (Docket No. 120) is GRANTED for good cause shown. The Scheduling Order (Docket No. 49) is AMENDED such that affirmative expert reports are due no later than April 24, 2015, and rebuttal expert reports are due no later than May 29, 2015.

Date: March 25, 2015