IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00947-RM-MJW

CENTURY SURETY COMPANY, an Ohio corporation,

Plaintiff,

v.

WILLIAM R. SMITH, an individual,
SCHNEIDER ENERGY SERVICES, INC. n/k/a LAVIR HOLDINGS, INC., a Colorado corporation,
LORENA GARCIA, for herself and as the Personal Representative of the Estate of Reyes Garcia, and
ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant William R. Smith's Unopposed Motion to Modify or Amend the Scheduling Order to Extend Deadline for Completion of Discovery and to Re-Set Final Pretrial Conference (Docket No. 128) is GRANTED, in light of good cause shown and the representations contained in Defendant's certification under Local Civil Rule 7.1.

It is further ORDERED that the Scheduling Order (Docket No. 49) is AMENDED such that the discovery cut-off is extended to August 28, 2015.

It is further ORDERED that the Final Pretrial Conference set for August 24, 2015, at 10:00 a.m. VACATED and RE-SET for September 15, 2015, at 10:00 a.m. The proposed pretrial order is due no later than September 8, 2015.

Date: June 18, 2015