**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14–cv–00947–RM–MJW

CENTURY SURETY COMPANY, an Ohio corporation,

    Plaintiff,

v.

ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,

    Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff's Notice of Settlement (ECF No. 217) advising the Court that the remaining parties have reached a settlement of their claims. The Notice also advised that Century Surety Company's Motion for Summary Judgment on Complaint and on Smith Counter-Claim (the "Century Motion") (ECF No. 138) is moot. Upon consideration of the Notice of Settlement, the following matters are now *entirely*[1] **MOOT**: (1) St. Paul Fire & Marine Insurance Company's Motion for Summary Judgment (the "St. Paul Motion") (ECF No. 140); and (2) the Century Motion (ECF No. 138).

Accordingly, the Court **ORDERS**

(1) That the parties shall file their dismissal papers on or before April 27, 2016; and

---

[1] Previously, the Court found the St. Paul Motion partially moot and the Century Motion entirely moot by Orders dated the February 25, 2016 (ECF No. 216) and February 16, 2016 (ECF No. 213), respectively. Upon further consideration, after the earlier settlement of the other parties, the Century Motion was then only partially moot. With the settlement of the remaining parties, the Century Motion is now entirely moot.

(2)  That the Clerk of the Court shall terminate St. Paul Fire & Marine Insurance Company's Motion for Summary Judgment (ECF No. 140) as **MOOT**.

DATED this 29th day of March, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge